THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
California State Bar No. 187101
    300 North Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, California 90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    Email: sharla.cerra@usdoj.gov

Attorneys for Defendantt

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BONNIE TALLEY, | ) | CV 08-5252 OP |
|     Plaintiff, | ) | |
| v. | ) | **ORDER OF REMAND** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
|     Defendant. | ) | |

The parties' stipulation to remand this case to the Commissioner of Social Security for further administrative proceedings, pursuant to Sentence 4 of 42 U.S.C. § 405(g), and for entry of judgment for Plaintiff, is hereby approved. Accordingly, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the terms of parties' stipulation.

DATE:
6/22/09

_____
OSWALD PARADA
United States Magistrate Judge

1